UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GERARD DIFFLEY,

                        Plaintiff,                Civil Action No.: 17-CV-1410 (ALC)

        -against-

                                        **NOTICE OF APPEARANCE**

BOSTWICK LABORATORIES, INC.,
METALMARK CAPITAL, LLC and
DAVID BOSTWICK,

                        Defendants.
-----------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice in this Court, hereby appears in the above-referenced action as counsel for defendant Bostwick Laboratories, Inc.

Dated: New York, New York
         November 28, 2017

                                            MOUND COTTON WOLLAN &
                                            GREENGRASS LLP

                                            By: _____
                                                 Michael T. Lynch
                                                 One New York Plaza
                                                 New York, New York 10004
                                                 Phone: (212) 804-4200
                                                 Fax: (212) 344-8066
                                                 mlynch@moundcotton.com

                                                 Attorneys for Defendant
                                                 Bostwick Laboratories, Inc.