```
                                                         USDC SDNY
                                                         DOCUMENT ELECTRONICALLY
                                                         FILED
UNITED STATES DISTRICT COURT                             DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                            DATE FILED: 8/10/18
```

------------------------------------------------------------------ x

GERARD DIFFLEY,

                     **Plaintiff,**

                17-CV-1410 (ALC)

-against-

                **ORDER**

DAVID BOSTWICK, ET AL.

                     **Defendants.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

**SO ORDERED.**

Dated:    New York, New York
           August 10, 2018

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**