UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GERARD DIFFLEY,

                        Plaintiff,          Civil Action No.: 17-CV-1410 (ALC)

       -against-                **STIPULATION OF DISMISSAL**
                                                              **WITH PREJUDICE**

BOSTWICK LABORATORIES, INC. and
POPLAR HEALTHCARE, PLLC

                      Defendants.
----------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action, including all claims, counterclaims, and cross-claims, be and the same are hereby dismissed in their entirety with prejudice and without costs to any party as against the other. This Stipulation may be executed in one or more counterparts and when so executed shall constitute one legally binding document. Facsimile signatures on this Stipulation shall be deemed fully binding for all purposes as though same were originally signed by the respective counsel for the parties.

       Once fully executed, this Stipulation may be filed without further notice to any party with the Clerk of the Court.

Dated: New York, New York

~~September , 2018~~
October 18, 2018

THE SATTIRAJU LAW FIRM, P.C.

*[signature]*

Ravi Sattiraju
14 St. James Place
Lynbrook, NY 11563
Tel.: (609) 799-1266
Fax: (609) 228-5649
rsattiraju@sattirajulawfirm.com

*Attorneys for Plaintiff,*
*Gerard Diffley*

KAUFMAN BORGEEST & RYAN, LLP

*[signature]*

Cara A. O'Sullivan
120 Broadway
One New York Plaza, 44th Floor
New York, NY 10271
Tel.: (212) 980-9600
Fax: (212) 980-9291
cosullivan@kbrlaw.com

*Attorneys for Defendant,*
*Poplar Healthcare, PLLC.*

MOUND COTTON WOLLAN &
GREENGRASS, LLP

*[signature]*

Kenneth M. Labbate
Michael T. Lynch
One New York Plaza, 44th Floor
New York, NY 10004
Tel.: (212) 804-4243
Fax: (212) 344-8066
klabbate@moundcotton.com

*Attorneys for Defendant,*
*Bostwick Laboratories, Inc.*

SO ORDERED

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT COURT JUDGE

Diffley v. Bostwick Laboratories, Inc., et al. Index No. 17-CV-1410 (ALC) Stipulation of Discontinuance with Prejudice